**EDELSON P.C.**
Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Lily Hough (SBN 315277)
lhough@edelson.com
Brandt Silver-Korn (SBN 323530)
bsilverkorn@edelson.com
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Attorneys for Plaintiff
HOWARD SMUKLER

**GREENBERG TRAURIG, LLP**
Robert J. Herrington (SBN 234417)
Karin L. Bohmholdt (SBN 234929)
1840 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
*herringtonr@gtlaw.com*
*bohmholdtk@gtlaw.com*

Attorneys for Defendants
JPMORGAN CHASE & CO. and
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD SMUKLER, individually and on behalf of all others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | CASE NO. 3:20-cv-03413-JD<br><br>[Hon. James Donato]<br><br>**STIPULATION FOR DISMISSAL**<br><br>Action Filed:    May 20, 2020<br>FAC Filed:    October 15, 2020 |

Stipulation for Dismissal - Case No. 3:20-cv-03413-JD

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Howard Smukler ("Plaintiff"), on the one hand, and Defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. ("Defendants"), on the other, hereby stipulate and jointly request that the above-entitled action be dismissed in its entirety, without prejudice, as to all parties and claims. Plaintiff and Defendants shall each bear their own attorneys' fees and costs in this action.

**SO STIPULATED.**

DATED: January 20, 2021                    Respectfully submitted,

                                           EDELSON P.C.

                              By:    /s/ *Brandt Silver-Korn*
                                     Rafey Balabanian
                                     Lily Hough
                                     Brandt Silver-Korn
                                     Attorneys for Plaintiff
                                     HOWARD SMUKLER

DATED: January 20, 2021                    Respectfully submitted,

                                           GREENBERG TRAURIG, LLP

                              By:    /s/ *Robert J. Herrington*
                                     Robert J. Herrington
                                     Karin L. Bohmholdt
                                     Attorneys for Defendants JPMORGAN CHASE BANK,
                                     N.A. and JPMORGAN CHASE & CO.

I, Robert J. Herrington, am the ECF user whose identification and password are being used to file this Joint Stipulation.  I hereby certify that all other signatories to this document have concurred in its filing.

                                     /s/ *Robert J. Herrington*
                                     Robert J. Herrington

1